UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTEN GIOVANNI MOODY, | Case No. CV 2:25-07608 DOC (RAO) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondent's Motion to Dismiss, Dkt. No. 8; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 17; and all of the records and files herein. The time for filing objections to the Report has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss is granted and the Petition is dismissed without prejudice.

DATED: June 30, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE