JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| QUINTEN GIOVANNI MOODY, | Case No. CV 2:25-07608-DOC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  June 30, 2026

_David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE